AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Gilbert Guzman

v.

State of Washington

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-247-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  The First Amended Complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief is granted.  28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

02/19/08
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson